Argued and submitted April 4, reversed and remanded May 14, reconsideration denied July 11, petition for review allowed July 29, 1986 (301 Or 445)

## 1000 FRIENDS OF OREGON,
*Petitioner,*

*v.*

## LAND CONSERVATION AND DEVELOPMENT COMMISSION,
*Respondent.*

## (LCDC 84-CONT-384; CA A35143)

719 P2d 65

Robert L. Liberty, Portland, argued the cause and filed the brief for petitioner.

Linda DeVries Grimms, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Michael A. Holstun, Assistant Attorney General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of LCDC's continuance order in its acknowledgment review of the Coos County comprehensive plan. Two of petitioner's three assignments challenge LCDC's approval of the county's "reliance" on the Forest Practices Act, ORS 527.610 *et seq*, as the sole protection for Goal 5 resources that have been identified as conflicting with forest operations. For the reasons stated in *1000 Friends of Oregon v. LCDC (Tillamook Co.)*, 76 Or App 33, 708 P2d 370 (1985), *adhered to as amplified* 77 Or App 599, 714 P2d 279 (1986), we agree with petitioner.

Petitioner's remaining assignment is that LCDC erred by approving specified built and committed exceptions that the county took without providing the information and explanation required by ORS 197.732, Goal 2 and OAR 660-04-025 to 660-04-028. LCDC concedes that *1000 Friends of Oregon v. LCDC (Linn Co.)*, 78 Or App 270, 717 P2d 149 (1986), decides that question adversely to it.

Reversed and remanded for reconsideration.